STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. JOSEPH FRANCIS VASSALLUZZO, DEFENDANT-APPELLANT.

Argued April 26, 1971—Decided May 10, 1971.

*Mr. Harry A. Goldenberg* argued the cause for appellant.

*Mr. Solomon Forman,* Assistant Prosecutor argued the cause for respondent (*Mr. Robert N. McAllister,* Atlantic County Prosecutor, attorney, *Mr. Ernest M. Curtis,* Assistant Prosecutor, of counsel and on the brief).

PER CURIAM. The judgment is affirmed for the reasons expressed in the Appellate Division opinions, 113 *N. J. Super.* 140 (1971); 114 *N. J. Super.* 153 (1971).

*For affirmance*—Chief Justice WEINTRAUB and Justices JACOBS, FRANCIS, PROCTOR, HALL and SCHETTINO—6.

*For reversal*—None.